IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILBERT PETERSON,<br><br>　　　　　　　　　　　Petitioner,<br><br>　v.<br><br>THOMAS CAREY, Warden, California State Prison, Solano,<br><br>　　　　　　　　　　　Respondent. | CASE NO. C05-04458 JSW<br><br>[~~PROPOSED~~] ORDER GRANTING RESPONDENT'S REQUEST FOR AN EXTENSION OF TIME TO FILE HIS RESPONSE TO THE PETITION FOR WRIT OF HABEAS CORPUS |

Respondent has requested an extension of time, through and including February 24, 2006, in which to file a responsive pleading to the habeas petition. The Court has read and considered the request and the accompanying declaration of counsel, and good cause appearing,

IT IS HEREBY ORDERED that Respondent's request for extension of time is granted. If Petitioner wishes to file a response, he shall do so by filing a traverse with the Court and serving it on Respondent within 30 days of his receipt of the response.

Dated: January 19, 2006

_____
Jeffrey S. White
United States District Judge

20038182.wpd

Case No. C05-04458 JSW