IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

**WILBERT PETERSON,**

                 Petitioner,

       v.

**THOMAS CAREY, Warden,**
California State Prison, Solano,

                Respondent.
_____

Case No. C05-04458-JSW

[PROPOSED] **ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE A TRAVERSE TO RESPONDENT'S ANSWER TO THE PETITION FOR WRIT OF HABEAS CORPUS; DECLARATION OF COUNSEL**

Petitioner has requested an extension of time, through and including Friday, April 7, 2006, in which to file his traverse to the Respondent's Answer. The Court has read and considered the request and the accompanying declaration of counsel, and good cause appearing,

IT IS HEREBY ORDERED that Petitioner's request for extension of time is granted.

Dated: March 23, 2006           _____
                                                  Jeffrey S. White
                                                  United States District Judge

Case No. C05-04458 JSW