IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILBERT PETERSON,

    Petitioner,

    v.

THOMAS CAREY, Warden, California State Prison, Solano

    Respondent.

No. C 05-04458 JSW

**ORDER DISQUALIFYING PETITIONER'S COUNSEL FROM REPRESENTING PETITIONER**

Joseph A. Camarata is counsel of record for Petitioner Wilbert Peterson. In another habeas action before this Court, *Conley v. Kane*, Case No. 05-03588, Mr. Camarata filed a motion to withdraw as counsel. The basis for Mr. Camarata's motion was that he began employment as a Deputy District Attorney for the County of Solano, California on July 16, 2007. Accordingly, Mr. Camarata represented that he had a conflict of interest and could no longer represent Petitioner Conley. The Court granted Mr. Camarata's motion to withdraw as counsel for Petitioner Conley. Although Mr. Camarata did not file a similar motion in the above-captioned matter, his new employment as a Deputy District Attorney for the County of Solano, California creates the same conflict of interest here. Accordingly, Mr. Camarata can longer represent Petitioner Peterson either. Therefore, the Court HEREBY ORDERS that Mr. Camarata is DISQUALIFIED from representing Petitioner Peterson in this matter.

Petitioner Peterson is advised that he may proceed *pro se* until, if and when, he obtains new counsel. Petitioner Peterson is further advised that it is his duty to prosecute his case.

1   Mr. Camarata is ORDERED to serve a copy of this Order on Petitioner Peterson and to
2 file a proof of service by no later than October 19, 2007.  Petitioner Peterson is DIRECTED to
3 provide the Court and Respondent with his current mailing address by no later than November 2
4 17, 2007.  Respondent is advised that this matter will not be excluded from the e-filing program,
5 but that he is required to serve paper copies by mail on all unrepresented parties.  Petitioner, so
6 long as he remains unrepresented, shall file and serve all submissions to the Court in paper form
7 unless prior leave of Court is obtained.

**IT IS SO ORDERED.**

Dated: October 10, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2